Argued April 6—decided April 6, 1976

ANTHONY J. SPARACO ET AL. *v.* TOWN OF ESSEX ET AL.

No appeal having been filed in this case, the motion by the named defendant et al. to dismiss is dismissed.

No appeal having been filed in this case, the motion by the defendants William D. Fullerton et al. to dismiss is dismissed.

*James D. Reardon,* for the named defendant et al.

*Joseph Q. Koletsky,* for the defendants Fullerton et al.

*William A. Roberto,* for the plaintiffs.